**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| CORNWALL MOUNTAIN INVESTMENTS, L.P., AND RANGE RESOURCES - APPALACHIA, LLC | : No. 270 MAL 2017 |
| | : |
| | : Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : |
| | : |
| THOMAS E. PROCTOR HEIRS TRUST, INTERNATIONAL DEVELOPMENT CORPORATION, PENNLYCO, LTD., VIRGINIA ENERGY CONSULTANTS, LLC, ATLANTIC HYDROCARBON, LLC, CHIEF EXPLORATION AND DEVELOPMENT, LLC, QUEST EASTERN RESOURCE, LLC, EXCO HOLDING (PA), INC., MARGARET O.F. PROCTOR TRUST | : |
| | : |
| SOUTHWESTERN ENERGY PRODUCTION COMPANY | : |
| | : |
| PETITION OF: MARGARET O.F. PROCTOR TRUST | : |

**ORDER**

**PER CURIAM**

     **AND NOW**, this 10th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.